UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONSTANCE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:25-cv-01029-SEB-CSW |
| | ) |
| FASHION GALLERY OF NEW JERSEY, | ) |
| INC. d/b/a RAINBOW SHOPS, | ) |
| | ) |
| Defendant. | ) |

### ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE

Plaintiff, by counsel, having filed a *Motion for Leave to Substitute* (Dkt. 20) Cedricka Pinkston as Administrator of the Estate of Constance Davis as Plaintiff and the Court being sufficiently advised, **GRANTS** the *Motion*.

**IT IS HEREBY ORDERED** that the Plaintiff has been substituted to Cedricka Pinkston as Administrator of the Estate of Constance Davis. The Clerk is directed to update the docket to substitute Plaintiff as Cedricka Pinkston as Administrator of the Estate of Constance Davis.

**SO ORDERED.**

Date: January 27, 2026

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically via ECF to counsel of record.