UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CEDRICKA PINKSTON Administrator of      )
the Estate of Constance Davis,          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )    No. 1:25-cv-01029-SEB-CSW
                                        )
FASHION GALLERY OF NEW JERSEY,          )
INC. d/b/a RAINBOW SHOPS,               )
                                        )
                Defendant.              )
                                        )
_____ )
                                        )
David Henn,                             )
                                        )
                Mediator.               )

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE
### FIRST AMENDED COMPLAINT

Plaintiff, by counsel, filed her *Motion for Leave to File First Amended Complaint* pursuant to Fed. R. Civ. P. 15(a)(2) and S.D. Ind. L.R. 15-1 on June 3, 2026. (Dkt. 38). Plaintiff seeks leave to amend to update the "allegations to reflect a survival action pursuant to I.C. § 34-9-3-1." Defendant did not oppose the *Motion.* For the following reasons, the Court now **GRANTS** Plaintiff's *Motion.*

Under Rule 15(a)(2), "leave to amend 'shall be freely given when justice so requires.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962), quoting Fed. R. Civ. P. 15(a)(2). Amendment is allowed "unless there is a good reason—futility, undue delay, undue prejudice, or bad faith—for denying leave to amend." *Life Plans, Inc.*, 800 F.3d at 357–58. There is no good reason to deny Plaintiff leave to amend her complaint. Discovery is in its early stages and the interests of justice and judicial economy favor granting leave to amend.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion* is **GRANTED.** Plaintiff is **ORDERED** to file the Amended Complaint (attached to her Motion at

-1-

Dkt. 38-1), as a separate docket entry within **seven (7) days** of the date of this order.

    **SO ORDERED.**

**Date:** June 23, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

Distributed electronically via ECF to counsel of record.

-2-